<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>25-1459</u>

CHERYL HILEMAN,
               Appellant

   v.

WEST PENN ALLEGHENY HEALTH SYSTEM INC, DBA Forbes Hospital

   (W.D. Pa. No. 2:23-cv-01119)

Present:   BIBAS, CHUNG, and MASCOTT, <u>Circuit Judges</u>

1. Motion filed by Appellant Cheryl Hileman to Supplement the Record Pursuant to Fed. R. App. P. 10(e) and for Leave to File an Amended Appendix.

2. Response filed by Appellee West Penn Allegheny Health System Inc to motion to supplement.

Respectfully,

Clerk

_____ORDER_____

    The foregoing motion is DENIED. Appellant's counsel, within 14 days, is ORDERED to show cause why he should not be reprimanded or sanctioned for providing false citations and quotations in his motion. Counsel should explain whether these citations and quotations are the result of artificial intelligence hallucinations and what steps counsel took to check his quotations and citations before filing his motion. Counsel's letter brief should not exceed three single-spaced pages.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: May 7, 2026
Lmr/cc: All Counsel of Record