ReedSmith
Ted A. Hages
Direct Phone: +1 412 288 4105
Email: thages@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
+1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

June 26, 2026

Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** *Cheryl Hileman v. West Penn Allegheny Health System Inc, No. 25-1459*
Expenses Incurred in Connection with Appellant's Motion to Supplement

To the Honorable Judges of the U.S. Court of Appeals for the Third Circuit:

Reed Smith LLP respectfully submits this letter on behalf of Appellee West Penn Allegheny Health System ("WPAHS") in response to the Court's request that counsel summarize "the billable hours and expenses incurred in response to the incorrect citations in Appellant's motion to supplement." The expenses WPAHS incurred spanned three time periods: (1) in July 2025, in evaluating and preparing a response to Appellant's Motion to Supplement the Record that identified the fabricated citations; (2) in May 2026, in evaluating this Court's May 7, 2026 Order to Show Cause relative to prior filings and Appellant's subsequent letter response; and (3) in June 2026, in preparing to address the issue at oral argument.

Below is a breakdown of the expenses incurred at each phase.

## JULY 2025 FEES

Upon receipt of Appellant's Motion to Supplement, Appellee's counsel undertook a thorough review of the cited authorities, shepardized and verified each citation, researched the applicable legal standards, and drafted and revised a comprehensive response—including developing strategies to address the hallucinated citations and alert the Court to the fabricated authorities.

In total, Appellee's counsel billed $9,310.50 in responding to the Motion to Supplement. Below is the time attributable to responding to the citation issues, which does not include drafting time on the response.[1]

[1] Approximately a third of Appellee's response had to be dedicated to addressing incorrect citations and misstatements made in the Motion to Supplement.

| Attorney Name | Hourly Rate | Total Hours | Total Dollar Amount |
|---|---|---|---|
| Brianna L. Schmid | $450.00 | 2.70 | $1,215.00 |
| Mariah H. McGrogan | $655.00 | 2.20 | $1,441.00 |
| Kim M. Watterson | $985.00 | 0.50 | $492.50 |
| **TOTALS** | | **5.40** | **$3,148.50** |

**MAY 2026 FEES**

On May 7, 2026, this Court denied the Motion to Supplement and directed Appellant's counsel to show cause why he should not be "reprimanded or sanctioned for providing false citations and quotations in his motion." Anticipating possible oral argument, Appellee's counsel, including arguing counsel, analyzed the May 7, 2026 Order in conjunction with the record on the Motion to Supplement as well as opposing counsel's response to the show-cause order.

| Attorney Name | Hourly Rate | Total Hours | Total Dollar Amount |
|---|---|---|---|
| Ted A. Hages | $580.00 | 2.50 | $1,450.00 |
| Corinne M. Mishkin | $520.00 | 0.40 | $208.00 |
| **TOTALS** | **—** | **2.90** | **$1,658.00** |

**JUNE 2026 FEES**

In June 2026, this Court granted oral argument and asked the parties to "be prepared to discuss … whether the motion to supplement is sanctionable and, if so, what sanction is appropriate given counsel's past behavior." Appellee's counsel researched relevant authority on sanctions for AI-generated hallucinations and cases discussing counsel's past behavior and prepared for possible questions from this Court on the same.

| Attorney Name | Hourly Rate | Total Hours | Total Dollar Amount |
|---|---|---|---|
| Brianna L. Puckett | $520.00 | 3.70 | $1,924.00 |
| Ted A. Hages | $580.00 | 6.10 | $3,538.00 |
| Corinne M. Mishkin | $520.00 | 8.40 | $4,368.00 |
| **TOTALS** | **—** | **18.20** | **$9,830.00** |

ReedSmith

**TOTAL FEES**

Below are the fees incurred in response to Appellant's counsel's submission of incorrect citations.

| Attorney Name | Hourly Rate | Total Hours | Total Dollar Amount |
|---|---|---|---|
| Brianna L. Schmid (July 2025) | $450.00 | 2.70 | $1,215.00 |
| Brianna L. Puckett (June 2026; formerly Schmid) | $520.00 | 3.70 | $1,924.00 |
| Mariah H. McGrogan | $655.00 | 2.20 | $1,441.00 |
| Ted A. Hages | $580.00 | 8.60 | $4,988.00 |
| Corinne M. Mishkin | $520.00 | 8.80 | $4,576.00 |
| Kim M. Watterson | $985.00 | 0.50 | $492.50 |
| **TOTALS** | **—** | **26.50** | **$14,636.50** |

As stated during oral argument, WPAHS respectfully defers to this Honorable Court regarding the imposition of any sanctions. We appreciate the Court's attention to this matter and remain available to provide any additional information or documentation the Court may require.

Very truly yours,

Ted A. Hages

Ted A. Hages
Reed Smith LLP

TAH:djk