# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1459

CHERYL HILEMAN,
Appellant

v.

WEST PENN ALLEGHENY HEALTH SYSTEM INC., d/b/a Forbes Hospital

---

On Appeal from the U.S. District Court, W.D. Pa.
Judge Marilyn J. Horan, No. 2:23-cv-01119

Before: BIBAS, CHUNG, and MASCOTT, *Circuit Judges*
Argued: June 25, 2026

---

JUDGMENT

This cause came to be considered on the record from the U.S. District Court for the Western District of Pennsylvania and was argued on June 25, 2026.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's order entered on February 11, 2025, is hereby **AFFIRMED**. We also order Joshua P. Ward to pay West Penn's attorney's fees in the amount of $14,636.50. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 20, 2026